UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )   Cr. No. 05-300   - MAP
                                )
MICHAEL CECCHETELLI,            )
          Defendant             )

## GOVERNMENT'S SUPPLEMENTAL FILING IN SUPPORT OF DETENTION

Now comes the United States of America by and through its undersigned attorneys files the accompanying affidavit in support of its motion for detention in the above-captioned indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL HART SMYTH
Assistant U.S. Attorney

Date: June 15, 2005

## AFFIDAVIT OF SPECIAL AGENT ROBERT C. LEWIS

I, Robert C. Lewis, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I have been employed by the Federal Bureau of Investigation ("FBI") as a Special Agent for over fifteen years. During that time, I have been involved in dozens of investigations relating to a wide variety of suspected criminal activity, including, among other things, drug and firearms trafficking by organized street gangs, including the Latin Kings. I have been the affiant on numerous affidavits in support of criminal complaints and other applications and have spent much of the last ten years investigating gangs and gang-related activity in the Commonwealth of Massachusetts and the State of New York.

2. I am submitting this affidavit in support of the government's motion that MICHAEL CECCHETELLI, AKA KING MERLIN ("Cecchetelli") be detained pending trial. Cecchetelli's case is related to the indictment and arrest of the following individuals: EDUARDO PAGAN, AKA KING CHINO LATIN; JULIO MARIN, AKA KING POTE;  MICHAEL MARRERO, AKA KING CLUMSY;  JOSUE RODRIGUEZ, AKA KING GRINGO; JOSE ALICEA, AKA KING BEBE; ELIZABETH CORTES, AKA QUEEN ELLIE; ANDRES GIOVANNI COTTO, AKA KING DRE, GABRIEL ORTIZ, AKA KING POPEYE; LUZ TORRES, AKA QUEEN KUKI; ENRIQUE GONZALEZ, AKA KING GRILLO; DAVID RUIZ, AKA KING TYSON;

DANNY ROSS, AKA KING OLD DIRTY;   AURORA MARIN PEREZ; ROSADO
NEFTALY, CESAR CRUZ, AKA KING CESAR; RICARDO DIAZ, AKA RICKY;
DAVID VADDY, AKA KING LA GRAMITA; KELLY ARZATE, AKA KING GETTY;
NICOLAS DIAZ, AKA NICKY; CHARLES HOWARD, AKA KING NINO; and LUIS
RIVERA, AKA LUIS (hereinafter collectively referred to as "the
Defendants").  All of the Defendants have been charged with
various drug and/or firearms violations in indictments or
criminal complaints issued on June 9, 2005 and June 13, 2005.
All of these individuals are also alleged to be members
(including members of the local or regional leadership) or
associates of the Almighty Latin King/Queen Nation ("the Latin
Kings"), a violent street gang operating throughout the
Commonwealth of Massachusetts.

     3.   I have not included each and every fact developed in
this investigation in this affidavit.  Rather, this affidavit
includes facts I believe to be relevant to issues under 18 U.S.C.
§ 3142.

## BACKGROUND OF THE INVESTIGATION

     4.   On February 22, 2004, a Federal Grand Jury in Boston,
Massachusetts, returned indictments charging twenty two members
and associates of the Massachusetts Chapter of the Latin Kings,
including several regional officers representing the Latin Kings'
Massachusetts State Leadership.  The indictments were the result

of a multi-agency investigation which targeted the local Lawrence
and Lowell, Massachusetts chapters of the Latin Kings
(hereinafter Phase I).  FBI Special Agent Mark S. Karangekis was
the case agent who led the Phase I investigation.  SA Karangekis
has advised me that certain defendants of Phase I have pleaded
guilty and cooperated.  These cooperating defendants have
provided the FBI with an insider's understanding of the inner
workings of the state wide leadership of the Massachusetts
Regional Chapter of the Latin Kings and its relationship to the
local chapters.  The cooperating defendants provided information
which caused investigators to conclude that the stronghold of the
Massachusetts chapter was in western Massachusetts, and that the
strength associated to its leadership stemmed from the strength
of the local chapters in that part of the state, specifically,
Springfield and Holyoke.

        5.  The multi-agency investigation referenced above was
continued in western Massachusetts by SA Karangekis and other law
enforcement officers.  In particular, the criminal activities of
the state and local leadership and membership of the Springfield
and Holyoke chapters of the Latin Kings have been the focus of
"Phase II" of the investigation.  When Phase II was initiated,
one of its principal objectives was to further develop
intelligence about the state leadership centered in western
Massachusetts, and the local chapters in Springfield and Holyoke,

                                3

including their size, the identity and location of their leadership, the scope of their illegal activities and the way in which they are organized and operate, including their association to the state leadership. In furtherance of this Phase II objective, officers and agents interviewed the cooperating defendants from Phase I, cooperating witnesses, and a large number of confidential informants. The officers and agents also reviewed records and recordings at jails, police departments and courts, examined documents regarding telephones, automobiles and real estate used by suspected gang members, and conducted physical surveillance of individuals and locations in Springfield, Holyoke, and other surrounding western Massachusetts communities.

6. SA Karangekis and other officers involved in the investigation have advised me that since Phase II was initiated in March of 2004, two Cooperating Witnesses (CWs) have successfully purchased cocaine, cocaine base in the form of crack cocaine, heroin and firearms from the Defendants, all of whom are members or associates of the Massachusetts Chapter of the Latin Kings. All of these purchases were made in the greater Springfield area by the CWs, who wore recording equipment and agreed to have their meetings and conversations with the Defendants recorded. Many telephone conversations setting up drug purchases (in which prices and quantities of drugs were

4

discussed) were also consensually recorded. The CWs were also surveilled by law enforcement officers when they dealt with the Defendants.

## THE ORGANIZATION, OPERATION
## AND LEADERSHIP OF THE LATIN KINGS

7. In the course of developing intelligence about the Latin Kings, SA Karangekis and other law enforcement officers have spoken to dozens of confidential informants, cooperating defendants, and cooperating witnesses regarding the gang and its operations. These individuals include current or former members of the Latin Kings (including former members of its leadership), who were personally familiar with the gang, its operations and its leaders.

8. The information about the Latin Kings and its operations provided below represents a summary of some of the information provided by these individuals and information obtained from other sources. The information provided by individual informants has been corroborated by comparing it to information given by other cooperators, information learned by reviewing consensually recorded telephone calls from area correctional facilities where Latin King members are incarcerated, and from other sources, including consensually recorded conversations made during drug purchases that took place over the course of the investigation.

9.    Information provided by current or former members of the
Latin Kings has also been corroborated by subsequent developments
in the investigation.   For example, informants identified the
Defendants as Latin King members involved in drug trafficking in
the Springfield and Holyoke area.   In addition, the CWs made
controlled purchases of drugs and firearms from the Defendants,
many of whom discussed other gang members and gang activities
during those purchases.   Information provided about the Latin
Kings described herein has also been confirmed by checking police
records, by speaking with individuals who participated in the
events, and by examining primary gang documents.   In sum, the
information set forth in this affidavit, including the
information regarding the operation of the Latin Kings, is
reliable because it has been provided by multiple sources or
otherwise corroborated.

10.   What the investigation has revealed is that the
Massachusetts Chapter of the Latin Kings is a street gang with
hundreds of members throughout the Commonwealth of Massachusetts.
The Latin Kings operate local chapters throughout the state
including chapters inside many correctional facilities.   Many
members of the gang are involved in a broad range of illegal
activities including drug trafficking and crimes of violence
undertaken in furtherance of protecting the interests of the gang
and its members.

6

### The Origins of the Almighty Latin King/Queen Nation

11.   The Latin Kings was formed in the 1960s in Chicago.
Its stated organizational purpose was the organization of
Hispanics dedicated to overcoming an "oppressive government" and
uplifting all "third world" people.

12.   The Latin Kings developed a "Manifesto" and a
"Constitution" governing the behavior of its members.   These
documents evolved over years into a detailed code or
organizational and behavioral principles.   The FBI has obtained
copies of the recently published "Massachusetts Chapter
Constitution of The Almighty Latin Kings Nation" and the
"Manifesto of the Almighty Latin King Nation."   The FBI also has
obtained a copy of the Latin Kings' former Manifesto and the
gang's "Massachusetts Policy Book."

13.   During Phase I of the investigation, a Confidential
Informant provided investigators with the original Manifesto and
Massachusetts Chapter Policy Book.   The most senior leader of the
Latin Kings became angry when he observed that those documents
were attached to court documents associated to the prosecution of
the subjects of Phase I of the investigation, not because they
were disclosed, but because they were not up to date, and
referenced an allegiance to a Latin King leader who was no longer
in power and who was considered an enemy of the "Nation."   The
senior leader ordered that the more up to date Manifesto and

7

Chapter Constitution be made available to members.  These documents were provided to SA Karangekis during Phase II of the investigation by a CW.

14.  In its early years of the gang's development in Chicago, the Latin Kings formed small coalitions to protect the interests of its members.  As time passed, coalitions known as "strike back groups" developed into traditional street gangs who wanted to protect their "turf" from outsiders and rivals.

15.  The seeds planted in the 1960s have evolved into an institutionally accepted directive to protect "turf" and a strict "code of silence," a directive that is adhered to by all Latin King regional chapters, including the Massachusetts Chapter of the Latin Kings.  The adherence to these principals has created a culture of secrecy and institutional violence within the Latin Kings that has grown stronger over the years.  Latin King members are expected to come to the aid of their fellow members on request without hesitation.  Hence, whenever the economic or other interests of the gang (such as its primacy in certain designated geographic areas, the drug trafficking activities of its members, or the security of members from law enforcement) are threatened, members are required to join in on organized actions aimed at mutual protection.  These actions frequently take the form of "missions" i.e., acts of violence directed at rivals.

8

## General Leadership Structure of the Latin Kings

16.    The Latin Kings have a highly organized rank structure
on the national, regional, and local levels.  The leadership at
each level is comprised of a Supreme Crown Inca and an Executive
Crown of officers consisting of a Carsique, (or second-in-
command), a Minister of Defense (responsible for meting out
punishment, waging war against rivals, and maintaining the gang's
arsenal), a Treasurer (responsible for the collection of dues,
tribute and fines and the maintenance of a common pool of money
known ·as a "fundle" used to support concerted activities such as
bailing members out of jail and purchasing weapons) and a
Secretary (responsible for maintaining records and the
administration of the gang's business).

17.    Although the Latin Kings originated in the Midwest,
they now have Regional and Local Chapters throughout the eastern
United States.  Regional Chapters must be sanctioned by the
national leadership in Chicago.  Each Regional Chapter must then
sanction its local chapters.  While each Regional Chapter adheres
to the laws and regulations set out in the Manifesto, the
Regional Chapters typically have their own regional policy book
or "constitution" to guide the leadership and regulate the
behavior of its membership.  As stated above, copies of the
"Massachusetts Policy Book" and "Manifesto" were seized in
Lawrence in 2001.    It includes such things as a Membership

9

Application, Voting Form, Convict's Code of Conduct, Guide to
Starting a Local Chapter of the Latin Kings in Massachusetts and
a form for funeral arrangements for Latin King members. A copy
of the more recent Constitution was provided by a CW in Phase II
of the investigation.

18.   The Regional and Local Chapters adhere to the same
leadership structure in place at the national level. The Supreme
Crown Inca for the region is typically the most senior member of
the gang who chooses his Executive Crown Council. In some
circumstances, the Supreme Crown Inca will choose only his
Carsique, and the other positions on the Crown Council will be
determined by a vote of the membership. There is also a Crown
Council Chairman who oversees the activities of the Crown Council
and acts as an advisor for that council and a monitor in
elections. The Executive Crown Council for a region has a great
deal of influence in the selection of the Local Crown Incas for
local chapters within the Region and often appoints Regional
Officers to oversee those Local Crown Incas.

19.   A prime example of the rigid organizational structure
of the Latin Kings is its "judicial system." The Latin Kings
maintain their own "system of justice" pursuant to which members
are formally "charged" with violations of the gang laws. Those
charges are adjudicated and individuals found guilty of violating
gang rules are punished. Latin Kings who violate gang rules may

10

face fines, physical punishment or expulsion from the gang.
Members who cooperate with law enforcement may face particularly
harsh punishment up to and including "termination," a term often
used for execution.  Forms for disciplinary proceedings are also
included in the Massachusetts Policy Book.

    20.  During phase II of the investigation, conversations
between Latin Kings inside and outside of jail were monitored by
the Massachusetts Department of Corrections.  During those
discussions, inmates discussed Latin Kings who were being accused
of violations of Latin King rules and were being charged.
Information received from CWs corroborated these monitored
conversations.  On more than one occasion, monitored telephone
calls revealed one member referencing "charging papers" or
"bringing charges" against another member for violations as
routine as showing disrespect to a superior or violations as
serious as being a "traitor," or a "police collaborator."   In
other conversations, gang leaders were overheard discussing
punishments, and directing members to mete out those punishments.
During the course of Phase II of the investigation, a Cooperating
Witness provided the FBI with copies of "charging papers"
accusing a Latin King leader with violations of the "nation" law.
The referenced charging papers are at the heart of an internal
conflict which is currently on going in the Latin Kings.

11

19.   The investigation revealed that under the laws and
regulations of the Latin Kings, the most serious offense which
could be committed by a member would be to cooperate with the
police against the "Nation," or to be a "police collaborator,"
and that this offense would carry the gravest of punishments for
the violator.

21.   The investigation has also revealed that an
individual's membership in the Latin Kings requires that
individual's sole and unwavering loyalty to the organization, and
that any faltering in that loyalty is punishable.   Any
cooperation, or "collaboration" with the police is considered "A
CAPITOL OFFENSE" worthy of the punishment usually associated with
such an offense: death.   According to cooperating defendants,
CWs, and confidential informants who are current and former Latin
King members, to adhere to the laws and regulations set out in
these documents is to be a Latin King.   Members who do not adhere
are subject to punishment.

22.   Gang finances flow from the membership.   Individual
members are expected to pay regular dues, tribute (usually in the
form of a percentage of revenues derived from illegal
activities), and fines levied as a result of violations of gang
rules.   In turn, these monies are either passed to the regional
leadership for their use or maintained in a common fund known as
the "fundle" that is used for bail, weapons purchases and other

12

joint gang activities.  Phase II of the investigation revealed that the Crown Council Chairman recently held a meeting in an attempt to re-establish regular payment by members into the "fundle," a practice which was neglected by the current Supreme Crown Inca, one of many missteps taken during his tenor as the SCI, missteps which have resulted in the threat of "civil war."

## Illegal Activities of the Latin Kings

23.  The atmosphere of interdependence and secrecy that surrounds the Latin Kings often leads members to sell illegal drugs together.  The closed nature of the drug trafficking by Latin King members was demonstrated in Phase II of the investigation.  Time and time again, subjects of investigation revealed to the CWs associations to other subjects from whom the CWs had also made controlled purchases of drug evidence.  In addition, subjects displayed the common reluctance to meet with anyone but the CWs, who where trusted associates and members of the gang, and thus considered safe with whom to deal.

24.  The investigation has revealed that the atmosphere of interdependence that pervades the Latin Kings also results in the use of institutional violence often imposed to protect the illegal activities of gang members. Unwanted competition from other drug traffickers, turf threats from rival gangs, or any conduct that is perceived to be disrespectful to the Latin Kings or its members can produce a call to the membership and result in

13

missions, organized violence or shootings.  During Phase II of
the investigation,  for example, a CW was contacted on a number
of occasions by other members who reported disputes with a rival
gang.  The CW was also informed of retaliatory missions against
members of the rival gang who were threatening the geographic
primacy of that individual's drug trafficking.  On more that one
occasion during the investigation, a Latin King member offered to
assist a CW in seeking revenge against another group of criminals
he perceived as a threat to the CW's success as a drug
trafficker.  The offer was based solely on their common
membership in the Latin Kings and on the belief that to injure
one Latin King was to injure another, and that every member of
the Latin Kings should support their fellow members, even with
violence, and even to the death.

## The Latin Kings in Massachusetts

25.  A Regional Chapter of the Latin Kings for Massachusetts
was first sanctioned by the national leadership around 1990.  The
first Supreme Inca for Massachusetts is credited with creating
the Massachusetts Policy Book.  After the first Supreme Inca
received a life sentence for murder and was removed from power, a
subsequent Supreme Inca succeeded him.  Although the second
Supreme Inca was also subsequently incarcerated, he has managed
to maintain influence over the Massachusetts Chapter of the Latin

14

Kings.  After the second Supreme Inca was sent to prison, MICHAEL
CECCHETELLI, AKA KING MERLIN, took over as the Region's Supreme
Inca.  There has been a power struggle between CECCHETELLI and
the incarcerated second Supreme Inca.

26.  The Latin Kings operate several local chapters in
Massachusetts.  They presently include, among others, chapters in
Springfield (generally viewed as the strongest and most
influential group), Holyoke, Boston, Worcester, Lawrence, Lowell,
New Bedford, and Brockton.  The Local Crowns for each of these
chapters report directly to a Regional Crown officer assigned to
oversee that chapter.  Typically, that Regional Crown officer is
a former member of the local chapter.  According to sources in
and out of the Latin Kings, the Lawrence and Lowell chapters have
been significantly disrupted.  As noted above, the strength of
the Latin Kings now lies in western Massachusetts.

27.  The Latin Kings also have a significant presence in
Massachusetts prisons.  Leadership inside jail is usually
determined by seniority.  Latin Kings chapters in prison are
often actively involved in recruitment of new members.  Many
Latin Kings were originally "blessed" into the gang while
incarcerated.

### Recent Changes in the Massachusetts Latin Kings

28.  During the past year, the Massachusetts chapter of the
Latin Kings has undergone significant changes, started by the

15

indictment and arrest of twenty two leaders and members from Lawrence and Lowell, including the number three leader in Massachusetts.  Those indictments sent a ripple effect throughout the Massachusetts Latin King community.  The indictments were perceived by the incarcerated second Supreme Inca as a sign of MICHAEL CECCHETELLI's poor leadership, and his inability to control the actions of the local leaders of local chapters.  The second Supreme Inca and CECCHETELLI began feuding, and in this feud, attempted to align other leaders and members of the Latin Kings in their respective "camps."  Analysis of telephone contacts for the second Supreme Inca while he has been incarcerated reveals his attempt to maintain the loyalty of Latin Kings on the street, and information provided by CIs and CWs reveals that CECCHETELLI fears that he is losing control and could be the subject of violence directed by the second Supreme Inca and his loyalists.  CWs and CIs have advised that CECCHETELLI has attempted to discredit and do violence to the second Supreme Inca.

29.    The investigation revealed that Felix MORALES ("MORALES"), AKA KING FLEX served as the Minister of Defense, or Enforcer for the Latin Kings.  MORALES is being federally indicted on firearms and drug trafficking charges.  As a result of the feud between the two most significant Latin King leaders, there has been a marked difference in control of the Latin Kings.

16

Local Crown leaders have taken a more hands on approach, and the membership and leadership have become brazen in their drug trafficking and have shown little concern over bringing attention to the Latin Kings in Springfield.  For example, the Local Crown Inca of the Springfield Chapter has taken control of crack cocaine distribution in Central Street projects of the south end, employing a number of lower level Latin Kings and associates.

**CONCLUSION**

30.   The Latin Kings are a hierarchal street gang that has as a significant operating objective the protection of drug trafficking and other illegal activities by its members through violence and intimidation.  Gang members are obligated to seek retribution against all enemies of the "Nation," particularly those they regard as "police collaborators."  MICHAEL CECCHETELLI is their leader.  No combination of conditions of pretrial release will insure CECCHETELLI's appearance at trial or the safety of the community.

Signed under the pains and penalties of perjury.

Robert C. Lewis
Special Agent, FBI

17