UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Crim. No. 05-30030-MAP |
| ) | |
| MICHAEL CECCHETELLI, ) | |
| Defendant. ) | |
| ) | |

AFFIDAVIT OF MICHEAL CECCHETELLI IN SUPPORT OF
MOTION TO CHANGE CONDITIONS OF RELEASE

I, MICHEAL CECCHETELLI, being informed of the penalties for perjury, hereby state that:

1. I am the same person who is named as the defendant in the above captioned matter;
2. I am currently on an electronic monitoring device and have been since June 28, 2005;
3. My current conditions of release allow me to only leave the house for medical appointments and meetings with counsel, Linda J. Thompson;
4. I intend to change my plea to guilty on April 12, 2006. I have been informed through counsel that sentencing in my case will take place within six to eight weeks after my change of plea;
5. I need to prepare myself for sentencing and incarceration;
6. I intend to attend several medical appointments, including but not limited to visits to specialists that will perform some of the various procedures; endoscopies, colonoscopy, an abdominal CT scan;
7. I will need to meet with counsel to prepare for sentencing and with U.S. Probation Officer Richard Rinaldi regarding the Pre-Sentence Report;
8. My daughter, Elianna Cortes, has been neglected by her mother Elizabeth Cortes, who has been a fugitive for about four or five months. Elianna has no transportation to school and back from school. She is in the 1st grade at Rebecca Johnson School, State Street, Springfield, MA. She also is unable to get to her medical appointments. I want to take over these responsibilities;
9. My uncle, David Cecchetelli, was sentenced in Federal District Court in the case of U.S. vs. Cecchetelli; he will be leaving to go to prison on April 1, 2006. He is currently responsible for providing assistance to my grandfather, Rudolph Cecchetelli. He administers his insulin injections daily and provides transportation to his medical appointments. I intend to take over the role of helping my grandfather with his injections and transportation to his appointments;
10. My intentions are to move all my belongings to a storage facility before I am sentenced;
11. In order to take of these responsibilities, I request that I be taken off the electronic

monitoring device from 7:00 A.M. to 5:00 P.M. on Monday through Friday only;
12. Chris Wiley of U.S. Pre-Trial Services has agreed to this proposed change.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20TH DAY OF MARCH 2006.

/s/ Micheal Cecchetelli

Micheal Cecchetelli